MacLeod v West Irondequoit Cent. Sch. Dist. (2023 NY Slip Op 06718)

MacLeod v West Irondequoit Cent. Sch. Dist.

2023 NY Slip Op 06718

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023

PRESENT: WHALEN, P.J., SMITH, LINDLEY, CURRAN, AND BANNISTER, JJ. (Filed Dec. 22, 2023.) 

CA 23-01369.

[*1]ROBERT CRAIG MACLEOD, PLAINTIFF-APPELLANT, 
v
WEST IRONDEQUOIT CENTRAL SCHOOL DISTRICT, DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.